IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. KRYSTA DENISE VOORHIES, Defendant. | CR 21–06–BU–DLC  ORDER |

Before the Court is United States Magistrate Judge Kathleen L. DeSoto's Findings & Recommendation Concerning Plea. (Doc. 42.) Because neither party objected, they are not entitled to *de novo* review. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Therefore, the Court reviews the Findings and Recommendation for clear error. *McDonnel Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Ms. Voorhies is charged with two counts of being a prohibited person in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and (3). (Doc. 1.) Judge DeSoto recommends that this Court accept Ms. Voorhies's guilty plea as to Count I after she appeared before her pursuant to Federal Rule of Criminal

1

Procedure 11. The Court finds no clear error in Judge DeSoto's Findings and Recommendation and adopts them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report. In light of the United States motion preliminary order of forfeiture (Doc. 44), the Court will address the issue of forfeiture by separate order.

Accordingly, IT IS ORDERED that Judge DeSoto's Findings and Recommendation (Doc. 42) is ADOPTED in full.

IT IS FURTHER ORDERED that Ms. Voorhies' motion to change plea (Doc. 35) is GRANTED.

IT IS FURTHER ORDERED that Ms. Voorhies is adjudged guilty as charged in Count I of the Indictment.

DATED this 14th day of July, 2021.

_____
Dana L. Christensen, District Judge
United States District Court