IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. KRYSTA DENISE VOORHIES, Defendant. | CR 21–06–BU–DLC ORDER |

Before the Court is the United States' Unopposed Motion for Preliminary Order of Forfeiture. (Doc. 44.) Ms. Voorhies has been adjudged guilty as to Count I of the Indictment. (Doc. 46.) This conviction provides a factual basis and cause to issue a forfeiture order, pursuant to 18 U.S.C. § 924(d).

Accordingly, IT IS ORDERED that the motion (Doc. 44) is GRANTED.

IT IS FURTHER ORDERED that Ms. Voorhies' interest in the following property is forfeited to the United States, in accordance with 18 U.S.C. § 924(d):

- Glock, model 20, 10mm pistol, SN: ZLW544; and
- 7 rounds of ammunition

IT IS FURTHER ORDERED that the Bureau of Alcohol, Tobacco, Firearms, and Explosives is directed to seize the property subject to forfeiture and further to make a return as provided by law.

1

IT IS FURTHER ORDERED that the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site ([www.forfeiture.gov](www.forfeiture.gov)) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Marine Claims and Asset Forfeiture Actions of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed.

IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture, and the foregoing preliminary order of forfeiture is incorporated into any judgment issued against Ms. Voorhies, pursuant to Rule 32.2(b)(4)(B) of the Federal Rules of Criminal Procedure.

DATED this 14th day of July, 2021.

_____
Dana L. Christensen, District Judge
United States District Court